UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24160-CIV-GAYLES/WHITE

RAMI AHMAD ABED RABBOH,

        Petitioner,

    v.

UNITED STATES OF AMERICA, et al.,

        Respondents.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Patrick A. White's Report of Magistrate Judge ("Report") [ECF No. 4]. Petitioner filed a pro se petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, challenging his pre-removal detention and continued detention by the Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") [ECF No. 1]. The matter was referred to Judge White, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 3]. Judge White's Report recommends that the Court deny the petition without prejudice to Petitioner's right to file a future petition if circumstances change. Petitioner has failed to timely object to the Report. The Court notes, however, that the Clerk has been unable to locate a current address for Petitioner. Therefore, it is unlikely that Petitioner received a copy of the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the

party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Because it is unclear whether Petitioner received a copy of the Report, the Court has conducted a *de novo* review of the Petition.[1]  Based on its *de novo* review, this Court agrees with Judge White's well-reasoned analysis and agrees that the Petition must be denied without prejudice.  Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1)   Judge White's Report and Recommendation [ECF No. 4] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2)   the Petition [ECF No. 1] is **DENIED** without prejudice; and

(3)   this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of December, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

[1] If Petitioner receives a copy of the Report, he may file objections, which will be construed as a motion for reconsideration, within fourteen (14) days of receipt of the Report.